UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JILL BARBER,

                            Plaintiff,

                            11-CV-3350 (CS)

- against -

**MEMORANDUM DECISION AND ORDER**

A&J HOMETOWN OIL, INC., JAMES ARNOTT, JR.,
individually, and JAMES A. ARNOTT III, individually,

                            Defendants.

Seibel, J.

      The Court understands that all three Defendants have filed for bankruptcy. Accordingly, this action is stayed. Should the Court's understanding be incorrect, the parties are to promptly so advise. Likewise, the parties are to promptly advise the Court should the bankruptcy proceedings conclude, or should the automatic stay be lifted, as to any Defendant.

SO ORDERED.

Dated: March 14, 2012
       White Plains, New York

                                                CATHY SEIBEL, U.S.D.J.