UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

JILL BARBER,

                              Plaintiff,

              - against -                                  11-CV-3350 (CS)

A&J HOMETOWN OIL, INC., JAMES ARNOTT, JR.,           **ORDER**
individually, and JAMES A. ARNOTT III, individually,

                              Defendants.

―――――――――――――――――――――――――――――

Seibel, J.

       On March 14, 2012, the Court stayed this action because "all three Defendants have filed for bankruptcy." (Doc. 40.) On August 20, 2014, the Court received a letter and bankruptcy court documents indicating that the bankruptcy court lifted the automatic stay as to James Arnott, Jr. and James A. Arnott III. (Doc. 44.) The Court is unaware, however, of the status of the bankruptcy proceedings involving A&J Hometown Oil, Inc. Accordingly, the stay is lifted as to James Arnott, Jr. and James A. Arnott III only.

       A case management conference will be held on October 31, 2014 at 12:00 pm. Plaintiff shall state her position (by letter not to exceed 2 pages) whether the stay should be lifted as to A&J Hometown Oil, Inc. two weeks in advance of the conference. Defendants may reply (by letter not to exceed 2 pages) one week in advance of the conference.

**SO ORDERED.**

Dated: October 7, 2014
       White Plains, New York

                                                                  CATHY SEIBEL, U.S.D.J.